J-S10014-21

| | | |
|---|---|---|
| SHANNON INVESTMENTS, L.P. | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JOYCE OUTDOOR ADVERTISING | : | |
| WALLSCAPES, LLC | : | |
| | : | No. 1177 MDA 2020 |
| Appellant | : | |

Appeal from the Order Entered August 10, 2020
In the Court of Common Pleas of Lackawanna County Civil Division at
No(s):  2019-CV-4553

BEFORE:   MURRAY, J., McLAUGHLIN, J., and PELLEGRINI, J.[*]

**ORDER**

AND NOW, this 29th day of June, 2021, Shannon Investments, L.P.'s Application for Publication of Memorandum Decision is GRANTED.  The memorandum filed on June 15, 2021 is hereby withdrawn.

PER CURIAM

---

[*] Retired Senior Judge assigned to the Superior Court.